**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6065**

─────────────

GARNETT R. LEACOCK,

              Petitioner - Appellant,

        v.

TRACY W. JOHNS,

              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:07-hc-02149-BO)

─────────────

Submitted:  June 18, 2009              Decided:  June 23, 2009

─────────────

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished by per curiam opinion.

─────────────

Garnett R. Leacock, Appellant Pro Se.   Christina Ann Thompson, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garnett R. Leacock, a former federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2006) petition and his motion seeking reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Leacock v. Johns, No. 5:07-hc-02149-BO (E.D.N.C. July 9, 2008 & Nov. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED